JOHN E. HILL (Bar No. 45338)
MICHAEL P. GUTA (Bar No. 121509)
LAW OFFICES OF JOHN E. HILL
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile:   (510) 729-6333

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, PABLO REYES, SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO<br><br>Plaintiffs,<br><br>v.<br><br>TYCO ELECTRONICS CORPORATION, a Pennsylvania corporation; and DOES I through XX<br><br>Defendant (s). | Case No. C 07-05708 BZ<br><br>DEMAND FOR JURY TRIAL |

Plaintiffs hereby demand a jury trial in the within matter.

Dated: 11/14/07

LAW OFFICES OF JOHN E. HILL

By: _____
MICHAEL P. GUTA
Attorneys for Plaintiffs

071114 3                                    1                              DEMAND FOR JURY TRIAL:

## PROOF OF SERVICE

I, Michael R. Sher, do hereby declare as follows:

I am employed in the City of Oakland and the County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Law Offices of John E. Hill, 8105 Edgewater Drive, Suite 100, Oakland, California 94621.

On 11/14, 2007, I served the within: DEMAND FOR JURY TRIAL, by placing a true copy thereof in a sealed envelope, addressed as follows:

Gary Lafayette, Esq.
C/o LAFAYETTE & KUMAGAI
100 Spear Street, Ste 600
San Francisco, CA 94105
(415) 357-4600
Fax: (415) 357-4605

__X__ (By Mail) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California.
_____ (By Personal Service) I caused each such envelope to be delivered by hand to the offices of each addressee above.
_____ (Telecopier) I caused each such document to be delivered by telecopier to the offices of each addressee above.
_____ (Federal Express Mail) I caused each such document to be delivered by hand to the offices of each addressee by Federal Express, over night service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/14, 2007, at Oakland, California.

*Michael Sher* (signature)

071114 3                                          2                                          DEMAND FOR JURY TRIAL: