MICHAEL P. GUTA, SBN 121509
LAW OFFICES OF JOHN E. HILL, P.C.
8105 Edgewater Drive, Ste 100
Oakland, CA 94621
(510) 588-1000
Fax: (510) 729-6333

Attorneys for LUIS CONTRERAS, et al.
Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS CONTRERAS, et al.,     No. 07-05708 BZ

    Plaintiff(s),

    v.

TYCO ELECTRONICS, et al.,

    Defendant(s).

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 1/25/08

Signature

Counsel for Plaintiffs
(Plaintiff, Defendant or indicate "pro se")