UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CONTRERAS, et al., ) <br> ) <br>       Plaintiff(s), ) <br> ) <br>   v. ) <br> ) <br> TYCO ELECTRONICS, et al., ) <br> ) <br>       Defendant(s). ) <br> ———————————————— ) | No. C07-5708 BZ <br><br> **CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

**PLEASE TAKE NOTICE** that the case management conference presently scheduled for March 17, 2008 at 4:00 p.m. is **CONTINUED** to **March 31, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Case management statements are due seven days prior to the case management conference.

Dated:   February 20, 2008

*Rose Maher*
—————————————————
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\MISC\Contreras.cont.cmc.wpd

1