LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
glafayette@lkclaw.com
TYREEN G. TORNER (State Bar No. 249980)
ttorner@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:     (415) 357-4600
Facsimile:     (415) 357-4605

Attorneys for Defendant
TYCO ELECTRONICS CORPORATION

UNITED  STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, PABLO REYES, SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TYCO ELECTRONICS CORPORATION, a Pennsylvania corporation; and DOES 1 through XX,<br><br>                    Defendants. | Case No. CV07-5708 BZ<br><br>**DECLARATION OF GARY T. LAFAYETTE IN SUPPORT OF DEFENDANT TYCO ELECTRONICS CORPORATION'S SEPARATE CASE MANAGEMENT STATEMENT**<br><br>Date:     March 31, 2008<br>Time:     4:00 p.m.<br>Judge:   Hon. Bernard Zimmerman |

I, Gary T. Lafayette, declare:

        1.        I am a partner at the law firm of Lafayette & Kumagai, LLP, attorneys of record for defendant Tyco Electronics Corporation ("Tyco") in this action, and am admitted to practice in good standing in this district court.  I make this declaration of my own personal knowledge and could and would testify competently thereto under oath if called as a witness.

        2.        I have made a number of attempts to contact Plaintiffs' counsel, all without success.  Most recently On March 3, 2008, I telephoned Plaintiffs' counsel, Michael Guta, and left a voicemail message to meet and confer regarding the preparation of a joint case management statement and initial disclosures.  I did not receive a return call from Mr. Guta.

DECL. OF GARY T. LAFAYETTE IN SUPPORT OF DEFENDANT TYCO ELECTRONICS CORPORATION'S SEPARATE CASE MANAGEMENT STATEMENT
Case No. CV07-5708 BZ

1

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

3.    On March 20, 2008, my office mailed and faxed a letter to Mr. Guta attempting again to meet and confer regarding preparing a joint case management statement and initial disclosures.  To date, my office has not received a response from Mr. Guta.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed this 24th day of March 2008, in San Francisco, California.

/s/ Gary T. Lafayette
GARY T. LAFAYETTE

Tyco\Cont\Pldg\GTL Dec ISO Sep Sched Conf St.doc

DECL. OF GARY T. LAFAYETTE IN SUPPORT OF DEFENDANT TYCO ELECTRONICS CORPORATION'S SEPARATE CASE MANAGEMENT STATEMENT
Case No. CV07-5708 BZ

2

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605