LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
glafayette@lkclaw.com
TYREEN G. TORNER (State Bar No. 249980)
ttorner@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:    (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
TYCO ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, PABLO REYES, SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO,<br><br>Plaintiffs,<br>vs.<br><br>TYCO ELECTRONICS CORPORATION, a Pennsylvania corporation; and DOES 1 through XX,<br><br>Defendants. | Case No. C07-5708 BZ<br><br>**DEFENDANT TYCO ELECTRONICS CORPORATION'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: March 24, 2008                LAFAYETTE & KUMAGAI LLP

*/s/ Gary T. Lafayette*
GARY T. LAFAYETTE
Attorneys for Defendant
TYCO ELECTRONICS CORPORATION

Tyco\Cont\Pldg\Pleading\Consent to Proceed before US Magistrate Judge.doc

DEFENDANT TYCO ELECTRONICS CORPORATION'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
Case No. CV07-5708 BZ

1