1 | JOHN E. HILL (Bar No. 45338)
MICHAEL P. GUTA (Bar No. 121509)
2 | LAW OFFICES OF JOHN E. HILL
8105 Edgewater Drive, Suite 100
3 | Oakland, CA 94621
Telephone: (510) 588-1000
4 | Facsimile:   (510) 729-6333

5 | Attorneys for Plaintiffs

6

7 |        UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

8

9 | LUIS CONTRERAS, SAUL AVILA,            Case No. C 07-05708 BZ
CARLOS JARAMILLO, PABLO REYES,
10 | SHAILENDRA SINGH, LESLIE MOORE,       DECLARATION OF MICHAEL P.
CARLOS GALINDO                          GUTA
11
                Plaintiffs,             Date: March 31, 2008
12                                      Time: 4:00 p.m.
                                        Place: Courtroom G
13 | v.

14 | TYCO ELECTRONICS CORPORATION, a
Pennsylvania  corporation; and DOES I
15 | through XX

16 |           Defendant (s).

17

18 |        I, MICHAEL P. GUTA, declare as follows:

19 | 1.     I am an attorney at law, admitted to practice in California, and attorney for Plaintiffs  herein.  I

20 | am fully familiar with the facts attested to heerein, and if called as a witness could and would testify

21 | competently.

22 | 2.     Attached as Exhibit A hereto is a true and correct copy of a letter from Michael P. Guta, Esq.

23 | to Gary Lafayette, Esq. dated March 28, 2008.

24

25 | / /

26

27

28 | 080328 9                            1

DECLARATION OF MICHAEL P. GUTA

1         Under penalty of perjury, I declare the foregoing to e a true and correct declaration executed

2    at Oakland, California.

3

4    Date:d  3/28/08

     MICHAEL P. GUTA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    071114 3                                    2

**Exhibit A**

# LAW OFFICES OF JOHN E. HILL

### A PROFESSIONAL CORPORATION

John E Hill *
Daniel A Stenson
Michael P Guta
Ian M Cooper
Mark J Shostak
Inna Bimits
Joanne A Helvig

Of Counsel
Melvin M Belli (1907-1996)

*Certified Specialist: Civil Trial Advocate
Certified by National Board of Trial Advocacy
Accredited by State Bar of California

**ATTORNEYS AT LAW**

8105 Edgewater Drive, Suite 100
Oakland, California 94621-2017
Telephone (510) 588-1000
General Facsimile (510) 729-6333
E-mail: johnhill@hill-law-offices.com

San Francisco Office
747 Leavenworth Street
San Francisco, California 94109
Telephone (415) 398-2434
Facsimile (415) 392-2809

Los Angeles Office
1112 11th Street, Suite 3
Santa Monica, California 90403
Telephone: 310-260-2100

March 28, 2008

**TRANSMITTED BY FACSIMILE**

Gary Lafayette, Esq.
C/o Lafayette & Kumagai, Attorneys
100 Spear Street, Ste 600
San Francisco, CA 94105

   Re:   *Contreras et al. v. Tyco*

Dear Mr. Lafayette:

   We have not received your Rule 26(f) Initial Disclosure, due March 10, 2008. I appreciate that we discussed last week that we will meet and discuss certain issues you have with the case. However, I must insist on compliance with your obligation under Rule 26(f).

                Very truly yours,

                Michael P. Guta

MPG/m

080328 8