**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **03/31/2008**

**C07-5708 BZ**

**Luis Contreras, et al. v. Tyco Electronics Corporation**

Attorneys: Pltf: Michael Guta
            Def: Gary T. Larayette & Tyreen G. Torner

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**        Reporter: **Counsel requested that the hearing occur off the record.**

**PROCEEDINGS:**                                            **RULING:**

1. Initial Case Management Conference                        Matter Held
2. _____                            _____

( ) Status Conference      ( ) P/T Conference      ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Judge Zimmerman informed counsel that he is the owner of a building in which Mr. Guta resides. Counsel will inform their client of this matter. Counsel will notify the court by the end of the week if a request of recusal will be filed. Jury trial set for June 8, 2009 at 8:30 a.m. Counsel will prepare a stipulation and proposed order re a discovery plan, due within two weeks. Counsel will participate in the court sponsored Early Neutral Evaluation program. Court encouraged counsel to meet and confer. Defendant's Initial disclosures are due by the end of the week.

( XX ) ORDER TO BE PREPARED BY:   Pltntf ____   Deft ____   Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court
Notes: _____