LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
glafayette@lkclaw.com
TYREEN G. TORNER (State Bar No. 249980)
ttorner@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
TYCO ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, PABLO REYES, SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO,<br><br>Plaintiffs,<br><br>vs.<br><br>TYCO ELECTRONICS CORPORATION, a Pennsylvania corporation; and DOES 1 through XX,<br><br>Defendants. | Case No. CV07-5708 BZ<br><br>**DECLARATION OF GARY T. LAFAYETTE REGARDING PROPOSED DISCOVERY PLAN**<br><br>Date:   March 31, 2008<br>Time:   4:00 p.m.<br>Judge:  Hon. Bernard Zimmerman |

I, Gary T. Lafayette, declare:

    1.    I am a partner at the law firm of Lafayette & Kumagai, LLP, attorneys of record for defendant Tyco Electronics Corporation ("Defendant") in this action, and am admitted to practice in good standing in this district court. I make this declaration of my own personal knowledge and could and would testify competently thereto under oath if called as a witness.

    2.    On April 10, 2008, Tyreen Torner and I met and conferred with Plaintiffs' counsel, Michael Guta, regarding a proposed discovery plan. We reached an agreement regarding a discovery plan. My office prepared a Stipulation and Proposed Order reflecting the parties' agreement, a true and correct copy of which is attached hereto as Exhibit "A."

DECL. OF GARY T. LAFAYETTE IN SUPPORT OF DEFENDANT TYCO ELECTRONICS CORPORATION'S SEPARATE CASE MANAGEMENT STATEMENT                                                                                                1
Case No. CV07-5708 BZ

3.  On April 14, 2008, my office faxed a copy of the Stipulation and Proposed Order to Mr. Guta. I am informed and believe that Ms. Torner was thereafter informed by Mr. Guta's office that Mr. Guta was out-of-town and unreachable for the remainder of the day.

4.  My office will attempt to reach Mr. Guta again and the parties will file a signed Stipulation and Proposed Order as soon as possible.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed this 14th day of April 2008, in San Francisco, California.

/s/ *Gary T. Lafayette*
GARY T. LAFAYETTE

Tyco\Cont\Pldg\GTL Dec re Discovery Plan.doc

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

DECL. OF GARY T. LAFAYETTE IN SUPPORT OF DEFENDANT TYCO ELECTRONICS CORPORATION'S SEPARATE CASE MANAGEMENT STATEMENT
Case No. CV07-5708 BZ
2

# EXHIBIT A

1  LAW OFFICES OF JOHN E. HILL
   JOHN E. HILL (State Bar No. 45338)
2  johnhill-law@msn.com
   MICHAEL P. GUTA (State Bar No. 121509)
3  johnhill-law@msn.com
   8105 Edgewater Drive, Suite 100
4  Oakland, CA 94621
   Telephone:    (510) 588-1000
5  Facsimile:    (510) 729-6333

6  Attorneys for Plaintiffs
   LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, PABLO REYES,
7  SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO

8  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
9  glafayette@lkclaw.com
   TYREEN G. TORNER (State Bar No. 249980)
10 ttorner@lkclaw.com
   100 Spear Street, Suite 600
11 San Francisco, California 94105
   Telephone:    (415) 357-4600
12 Facsimile:    (415) 357-4605

13 Attorneys for Defendant
   TYCO ELECTRONICS CORPORATION
14

15                   UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, PABLO REYES, SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO,<br><br>20          Plaintiffs,<br><br>21  vs.<br><br>22  TYCO ELECTRONICS CORPORATION, a Pennsylvania corporation; and DOES 1 through XX,<br><br>24          Defendants. | Case No. CV07-5708 BZ<br><br>**STIPULATION AND PROPOSED ORDER RE DISCOVERY PLAN**<br><br>Trial Date: June 8, 2009 |

25

26       Plaintiffs Luis Contreras, Saul Avila, Carlos Jaramillo, Pablo Reyes, Shailendra Singh,

27 Leslie Moore, Carlos Galindo ("Plaintiffs") and Defendant Tyco Electronics Corporation

28 ("Defendant"), by and through their counsel, stipulate to the following discovery plan:

---

STIPULATION AND PROPOSED ORDER RE DISCOVERY PLAN                              1
Case No. CV07-5708 BZ

1. Limit the number of requests for admissions served by any side to no more than fifty (50), such that Plaintiffs, collectively, may serve no more than fifty (50) requests for admissions, and Defendant may serve no more than fifty (50) requests for admissions on Plaintiffs, collectively;

2. Limit the number of requests for production of documents served by any side to no more than fifty (50), such that Plaintiffs, collectively, may serve no more than fifty (50) requests for production of documents, and Defendant may serve no more than fifty (50) requests for production of documents on Plaintiffs, collectively;

3. Limit depositions to the witnesses identified in the parties' Rule 26(a)(1) disclosures, of which there are a total of twelve (12). In addition, Plaintiffs, collectively, may take the depositions of up to five (5) additional individuals, and Defendant may take the depositions of up to five (5) additional individuals.

The parties reserve the right to request leave to seek additional discovery, if necessary.

DATED: April 14, 2008            LAW OFFICES OF JAMES E. McGLAMERY

_____
MICHAEL P. GUTA[1]
Attorneys for Plaintiffs
LUIS CONTRERAS, SAUL AVILA, CARLOS
JARAMILLO, PABLO REYES, SHAILENDRA
SINGH, LESLIE MOORE, CARLOS GALINDO

DATED: April 14, 2008            LAFAYETTE & KUMAGAI LLP

/s/ Gary T. Lafayette
_____
GARY T. LAFAYETTE
Attorneys for Defendant
TYCO ELECTRONICS CORPORATION

---

[1] The parties have met and conferred regarding this discovery plan. Defendant has prepared this Stipulation and Proposed Order to reflect parties' agreement. However, Plaintiffs' counsel, Michael Guta, has not been available to sign this Stipulation and Proposed Order.

ORDER

The foregoing stipulation having been entered and good cause appearing therefore,

IT IS SO ORDERED.

DATED: _____, 2008

_____
Magistrate Judge Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on April 14, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ Gary T. Lafayette
GARY T. LAFAYETTE

Tyco\Cont\Disc\Stip & Prop Order re Discovery Plan.doc