**FILED**

JUN 0 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Contreras,<br><br>        Plaintiff(s),<br><br>   v.<br><br>Tyco Electronics Corporation,<br><br>        Defendant(s). | No. C 07-05708 BZ ENE<br><br>**Certification of ADR Session** |

*Instructions*: **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) ___6/2/08___

2. Did the case settle?     ☐ fully     ☐ partially     ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**     ☒ YES     ☐ NO

Dated: ___6/2/08___     _____
                        Evaluator, Harlan M. Richter
                        Attorney at Law
                        134 Cumberland Way
                        Alameda, CA 94502

**Certification of ADR Session**
07-05708 BZ ENE