# LAW OFFICES OF JOHN E. HILL
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

John E. Hill *
Daniel A. Stenson
Michael P. Guta
Ian M. Cooper **
Mark J. Shostak
Inna Bimits
Joanne A. Helvig

Of Counsel
Melvin M. Belli (1907-1996)

8105 Edgewater Drive, Suite 100
Oakland, California 94621-2017
Telephone (510) 588-1000
Facsimile (510) 729-6333

San Francisco Office
Telephone: 415-398-2431

Los Angeles Office
Telephone: 1-800-945-0250

*Certified Specialist; Civil Trial Advocate
Certified by National Board of Trial Advocacy
Accredited by State Bar of California

**Certified Specialist: Workers'
Compensation Law, The State Bar of
California Board of Legal Specialization

February 17, 2009

**VIA E-FILING**

Magistrate James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: Contreras et al. vs. TYCO Electronics Corporation
          Case Number: CV 07-05708 CRB

Dear Magistrate James Larson:

    The defendants have requested and have been allowed by this court to file a Motion for Summary Judgement. Defendants are to file that Motion by March 13, 2009. Both plaintiffs' and defendant's have agreed that it will not be practical to settle the case prior to the Motion being heard on May 1, 2009. The parties request that the Settlement Conference be continued from February 20, 2009 to a date after May 1st, 2009.

Very truly yours,

JOHN E. HILL, ESQ.
Attorney for Plaintiffs

GARY LAFAYETTE, ESQ
TYREEN TORNER, ESQ.
Attorneys for Defendants

*IT IS SO ORDERED*
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Settlement Conference is hereby continued to June 17, 2009 at 2:00 p.m. Parties are to file a settlement conference statement (7) calendar days before the conference.