LAW OFFICES OF JOHN E. HILL
JOHN E. HILL (State Bar No. 45338)
johnhill-law@msn.com
MICHAEL P. GUTA (State Bar No. 121509)
johnhill-law@msn.com
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone:    (510) 588-1000
Facsimile:    (510) 729-6333

Attorneys for Plaintiffs
LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, PABLO REYES, SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
glafayette@lkclaw.com
GLEN TURNER (State Bar No. 212417)
gturner@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:    (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
TYCO ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, PABLO REYES, SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO,<br><br>Plaintiffs,<br><br>vs.<br><br>TYCO ELECTRONICS CORPORATION, a Pennsylvania corporation; and DOES 1 through XX,<br><br>Defendants. | Case No. CV07-5708 CRB (JL)<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE OF SETTLEMENT CONFERENCE** |

///

///

STIPULATION AND ORDER CONTINUING HEARING DATE OF SETTLEMENT CONFERENCE
Case No. CV07-5708 CRB (JL)

1

1  WHEREAS, a settlement conference is set in this matter for August 12, 2009, at 2:00 p.m.;
2  and
3  WHEREAS, lead counsel for Defendant Tyco Electronics Corporation Gary Lafayette has
4  recently learned he will be unavailable on that date due to a necessary medical procedure; and
5  WHEREAS, Plaintiffs have graciously agreed to continue the Settlement Conference; and
6  WHEREAS, the parties believe the Court is available for a Settlement Conference on
7  September 30, 2009 at 2 p.m., and that date and time is available to the parties;
8  IT IS HEREBY AGREED by and between Plaintiffs Luis Contreras, Saul Avila, Carlos
9  Jaramillo, Pablo Reyes, Shailendra Singh, Leslie Moore and Carlos Galindo, and Defendant Tyco
10 Electronics Corporation, through their attorneys of record herein, that the parties will reschedule
11 the settlement conference to September 30, 2009,

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 13, 2009           /s/ Michael P. Guta
                                 MICHAEL P. GUTA
                                 Attorneys for Plaintiffs

DATED: August 13, 2009           /s/ Glen Turner
                                 GLEN TURNER
                                 Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 14, 2009           _____
                                 MAGISTRATE. JUDGE JAMES LARSON

STIPULATION AND ORDER CONTINUING HEARING DATE OF SETTLEMENT CONFERENCE
Case No. CV07-5708 CRB (JL)

2

## **CERTIFICATE OF SERVICE**

    I certify that a copy of this document was served electronically on August 13, 2009, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                  /s./  Glen Turner
                                  GLEN TURNER

N:\Documents\Tyco\Cont\Pldg\Stip Move SE Conf.doc

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605