LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
glafayette@lkclaw.com
GLEN TURNER (State Bar No. 212417)
gturner@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
TYCO ELECTRONICS CORPORATION

LAW OFFICES OF JOHN E. HILL
JOHN E. HILL (State Bar No. 45338)
johnhill-law@msn.com
MICHAEL P. GUTA (State Bar No. 121509)
johnhill-law@msn.com
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone:  (510) 588-1000
Facsimile:   (510) 729-6333

Attorneys for Plaintiffs
LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, PABLO
REYES, SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, PABLO REYES, SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO, | Case No. CV07-5708 CRB |
|---|---|
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER CONTINUING THE FURTHER CASE MANAGEMENT CONFERENCE** |
| TYCO ELECTRONICS CORPORATION, a Pennsylvania corporation; and DOES 1 through XX, | |
| Defendants. | |

///

///

STIPULATION AND ORDER CONTINUING THE FURTHER CASE MANAGEMENT CONFERENCE
Case No. CV07-5708 CRB

1

WHEREAS, a further Case Management Conference is set in this matter for November 13, 2009, at 8:30 a.m.; and

WHEREAS, counsel for Defendant Tyco Electronics Corporation Glen Turner is ill and will be unavailable on that date; and

WHEREAS, plaintiffs' counsel has been informed of Mr. Turner's unavailability and have agreed to continue the Case Management Conference; and

WHEREAS, the court has agreed to rescheduling the Case Management Conference to November 20, 2009, at 8:30 a.m.;

IT IS HEREBY AGREED by and between plaintiffs Luis Contreras, Saul Avila, Carlos Jaramillo, Pablo Reyes, Shailendra Singh, Leslie Moore and Carlos Galindo, and defendant Tyco Electronics Corporation, through their attorneys of record herein, that the parties agree the Case Management Conference set for November 13, 2009 will be continued to November 20, 2009, at 8:30 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 12, 2009

/s/ Michael P. Guta
MICHAEL P. GUTA
Attorneys for Plaintiffs

DATED: November 12, 2009

/s/ Glen Turner
GLEN TURNER
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 13, 2009

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605