1 | MICHAEL P. GUTA, (Bar No. 121509)
LAW OFFICES OF JOHN E. HILL
2 | 8105 Edgewater Drive, Suite 100
Oakland, California 94621-2017
3 | Telephone : (510) 588-1000
Facsimile:   (510) 729-6333
4

Attorney for Plaintiffs
5 | LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO
6

LAFAYETTE & KUMAGAI LLP
7 | GARY T. LAFAYETTE (State Bar No. 088666)
GLEN TURNER (State Bar 212417)
8 | 100 Spear Street, Suite 600
San Francisco, CA 94105
9 | Telephone: (415) 357-4600
Facsimile: (415) 357-4605
10

Attorneys for Defendant
11 | TYCO ELECTRONICS CORPORATION

12
IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
13
NORTHERN DISTRICT OF CALIFORNIA
14

15

16

17 | LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, PABLO REYES, SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO | Case No. CV07-5708 BZ

STIPULATION AND ORDER CONTINUING THE FURTHER CASE MANAGEMENT CONFERENCE

18

19 | Plaintiffs,

20 | vs.

21 | TYCO ELECTRONICS CORPORATION, a Pennsylvania corporation; and DOES I through XX
22
23 | Defendants.

24

25 | //

26 | //

27

28

Contreras et al vs TYCO Electronics

1

STIPULATION AND ORDER CONTINUING
THE FURTHER CASE MANAGEMENT CONFERENCE

1     WHEREAS, a further Case Management Conference is set in this matter for November 20, 2009 at 8:30 a.m.; and

    WHEREAS, counsel for Plaintiffs is unavailable on that date; and

    WHEREAS, defendant's counsel has been informed of Mr. Guta's unavailability and have agreed to continue the Case Management Conference; and

    WHEREAS, the Court has agreed to rescheduling the Case Management Conference to December 18, 2009, at 8:30 a.m.;

    IT IS HEREBY AGREED by and between plaintiffs Luis Contreras, Saul Avila, Carlos Jaramillo, Shailendra Singh, Leslie Moore and Carlos Galindo, and defendant Tyco Electronics Corporation, through their attorneys of records herein, that the parties agree the Case Management Conference set for November 20, 2009 will be continued to December 18, 2009 at 8:30 a.m.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 18, 2009

MICHAEL P. GUTA
Attorneys for Plaintiffs

DATED: November 18, 2009

GLEN TURNER
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: Nov. 19, 2009

JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Charles R. Breyer

Contreras et al. vs TYCO Electronics

2

STIPULATION AND ORDER CONTINUING
THE FURTHER CASE MANAGEMENT CONFERENCE