MICHAEL P. GUTA (Bar No. 121509)
LAW OFFICES OF JOHN E. HILL
8105 Edgewater Drive, Suite 100
Oakland, California 94621-2017
Telephone : (510) 588-1000
Facsimile:   (510) 729-6333

Attorney for Plaintiffs
LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO

GLEN TURNER (Bar No. 212417)
GARY T. LAFAYETTE (Bar No. 088666)
LAFAYETTE & KUMAGAI LLP
100 Spear Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 357-4600
Facsimile:  (415) 357-4605

Attorneys for Defendant
TYCO ELECTRONICS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CONTRERAS, SAUL AVILA, CARLOS JARAMILLO, PABLO REYES, SHAILENDRA SINGH, LESLIE MOORE, CARLOS GALINDO<br><br>Plaintiffs,<br><br>vs.<br><br>TYCO ELECTRONICS CORPORATION, a Pennsylvania corporation; and DOES I through XX<br>Defendants. | Case No. CV07-5708 CRB<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE OF SETTLEMENT CONFERENCE** |

//

//

//

04/23/10 04:14PM HP LASERJET FAX p.03
Case3:07-cv-05708-CRB Document88 Filed04/26/10 Page2 of 3
Apr 23 2010 2:32PM Law Office of John E.Hill p.4

1  WHEREAS, a Settlement Conference is set in this matter for June 28, 2010, at 9:30 a.m.;
2 and
3  WHEREAS, lead counsel for Luis Contreras, Saul Avila, Carlos Jaramillo, Shailendra
4 Singh, Leslie Moore and Carlos Galindo, will be unavailable on that date due to a Trial scheduled
5 that date in Sacrament County Superior Court; and
6  WHEREAS, Defendant has graciously agreed to continue the Settlement Conference; and
7  WHEREAS, the parties believe the Court is available for a Settlement Conference on July
8 22, 2010 at 9:30 a.m., and that date and time is available to the parties;
9  IT IS HEREBY AGREED by and between Plaintiffs Luis Contreras, Saul Avila, Carlos
10 Jaramillo, Shailendra Singh, Leslie Moore and Carlos Galindo, and Defendant Tyco Electronics
11 Corporation, through their attorneys of record herein, that the parties will reschedule the Settlement
12 Conference to July 22, 2010
13  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 23, 2010            LAW OFFICES OF JOHN E. HILL

                                 By: _____
                                     MICHAEL P. GUTA
                                     Attorney for Plaintiffs

Dated: April 23, 2010

                                 By: _____
                                     GLEN TURNER
                                     Attorney for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 26, 2010            _____
                                 MAGISTRATE JUDGE SPERO
                                 Judge Joseph C. Spero

                              2   STIPULATION AND ORDER CONTINUING
                                  HEARING DATE OF SETTLEMENT CONFERENCE

## PROOF OF SERVICE

I, Karla Ortega, do hereby declare and state: I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Law Offices Of John E. Hill, 8105 Edgewater Drive, Suite 100, Oakland, California 94621.

On April 26, 2010, I served the within: **STIPULATION AND ORDER CONTINUING HEARING DATE OF SETTLEMENT CONFERENCE**, by placing a true copy thereof in a sealed envelope, addressed as follows:

Glen Turner, Esq.
LAFAYETTE & KUMAGAI LLP
100 Spear Street, Suite 600
San Francisco, CA 94105
**ATTORNEY'S FOR DEFENDANT
TYCO ELECTRONICS CO.**

__XX__ **(By Electronic Filing)** I caused said document(s) to be electronically filed pursuant to the Local Rules of Court.

__XX__ **(By Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States Mail at Oakland, California.

_____ **(Federal Express Mail)** I caused each such document to be delivered by hand to the offices of each addressee by Federal Express overnight service.

_____ **(By Personal Service)** I caused each such envelope to be delivered by hand to the offices of each addressee above.

_____ **(Telecopier)** I caused each such document to be delivered by telecopier to the offices of each addressee above.

I declare under penalty of perjury that the foregoing is true and correct and that was executed on April 26, 2010, at Oakland, California.

**KARLA ORTEGA**